IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:12cv298-WHA |
| | )                     (wo) |
| DOUGLAS COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | ) ) ) |
| Respondents. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #2), filed on April 5, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Georgia.  The clerk is DIRECTED to take the necessary steps to effect the transfer.

DONE this 27th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE